UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 11 B 18962
CHAPTER 13

JAMES P DIETTERLE
DIANA S DIETTERLE   JUDGE JANET S BAER

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  BAC HOME LOANS SERVICING LP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 21 | 2970 16435 PAW PAW | $4,411.63 | $5,237.63 | $5,237.63 |
| Total Amount Paid by Trustee | | | | | $5,237.63 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-18962-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 18th day of August, 2015.

Debtor:
JAMES P DIETTERLE
DIANA S DIETTERLE
16435 PAW PAW AVE
ORLAND PARK, IL 60467

Attorney:
EDWIN L FELD & ASSOC
1 N LASALLE ST #1225
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Creditor:
BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO, TX 75024

Mortgage Creditor:
FIFTH THIRD BANK
PO BOX 630778
CINCINNATI, OH 45263

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
400 NATIONAL WAY
MS CA-919-01 23
SIMI VALLEY, CA 93065

ELECTRONIC SERVICE - United States Trustee

Date: August 18, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603